FILED

10/18/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0423



IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0423

IN RE THE MARRIAGE OF:

JACINTA HARRIS,

        Petitioner and Appellee,

  and

CHRISTOPHER HARRIS,

        Respondent and Appellant.

ORDER OF MEDIATOR SUBSTITUTION

This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

Jeff Connolly was appointed as mediator on 8/31/22. The Clerk has since learned that Mr. Connolly is not eligible to be a mediator for this court. Therefore, his appointment is rescinded, and his name has been removed from the Court's mediator list.

IT IS ORDERED THAT **Daniel B. Bidegaray,** whose name appears next on the list of attorneys desiring appointment as mediators for Domestic Relations appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this October 18, 2022.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:      Adrienne R. Ellington, Emma S. Buescher, Sheryl L. Wambsgans, Margaret Sullivan Rose, Morgan Handy, Daniel B. Bidegaray